United States District Court
For the Eastern District of Michigan
Southern Division

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>D-2 Wilfrido Valdez-Lopez<br>　　　　　　　　　　　Defendant. | Criminal No.11-20401<br><br>Judge George Caram Steeh<br><br>Order |

| | |
|---|---|
| David E. Morris (P-61451)<br>United States Attorneys Office<br>Attorney for Plaintiff<br>211 W. Fort St., Ste 2001<br>Detroit, Michigan 48226<br>Telephone: 313 226-9646 | Ellen Dennis (P-24400)<br>Law Office of Ellen Dennis<br>Attorney for Defendant Wilfrido Valdez-Lopez<br>101 S. Ann Arbor St., Ste. 203A<br>Saline, Michigan 48176<br>Telephone: 734 944-5819 |

## Order

Pursuant to 28 U.S.C. § 2241 (c)(5) and Local Rule 72.1 (a)(2)(L), it is hereby ordered that the defendant's Motion for Writ of Habeas Corpus ad Testificandum be granted and that the Clerk of the court issue a writ of habeas corpus ad testificandum in accordance with the defendant's motion.

　　　　　　　　　　　　　　　　　　　s/ George Caram Steeh
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 13, 2011

**United States District Court**
**For the Eastern District of Michigan**
**Southern Division**

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>D-2 Wilfrido Valdez-Lopez<br>　　　　　　　　　　Defendant. | Criminal No.11-20401<br><br>Hon. George Caram Steeh<br><br><br>Writ of Habeas Corpus ad Testificandum |
| David E. Morris (P-61451)<br>United States Attorneys Office<br>Attorney for Plaintiff<br>211 W. Fort St., Ste 2001<br>Detroit, Michigan 48226<br>Telephone: 313 226-9646 | Ellen Dennis (P-24400)<br>Law Office of Ellen Dennis<br>Attorney for Defendant Wilfrido Valdez-Lopez<br>101 S. Ann Arbor St., Ste. 203A<br>Saline, Michigan 48176<br>Telephone: 734 944-5819 |

### Writ of Habeas Corpus ad Testificandum

To: Department of Homeland Security
United States Citizenship and Immigration Services
333 Mt. Elliott St. Detroit, MI 48207

Calhoun County Sheriff
Calhoun County Correctional Center
185 East Michigan Ave.
Battle Creek, MI 49014-4066

United States Marshal
Theodore Levin Courthouse
231 W. Lafayette
Detroit, MI 48226

Any other interested federal law enforcement officer,

Pursuant to the Order of the Court, you are directed to take custody of and transport **Rosa Azucena Barajas** (# 200680306) to the U.S. Marshal's lockup in the Theodore Levin U.S. Courthouse, Detroit, Michigan for a hearing on Thursday, July 21,

2

2011 at 11:00 A.M. Upon issuance of this writ you are directed to maintain **Rosa Azucena Barajas** in custody without bond until further order of the Court. You are directed to return **Rosa Azucena Barajas** to the facility in which she is currently incarcerated when her presence before this Court is no longer needed.

        David J. Weaver
        Clerk

        By: _____
        Deputy Clerk
        (seal)